IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT OF ILLINOIS
LOGAN COUNTY

MICHAEL VANCE, )
)
    Plaintiff, )
)
vs. ) Case 17 L 15
)
MICHAEL HILL and SWIFT TRANSPORTAION ) **PLEASE SERVE:**
COMPANY OF ARIZONA, LLC, a limited ) Swift Transportation Company of
Liability company, ) Arizona, LLC
) Serve: any agent or employee
) 3800 N Division St.
    Defendant. ) Morris, IL 60450

## SUMMONS

To each defendant:

    You are summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court, Room 2, 601 Broadway Street, Lincoln, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than 30 days after its date.

"OFFICIAL SEAL"
MARY KELLEY
Clerk of the Circuit Court
Logan County, Illinois

Witness _____11/28/2017_____,_____

_____Mary Kelley_____
Clerk of Court

By _____
    Deputy

Attorney: GOLDFINE & BOWLES, P.C.
Address: 4242 North Knoxville Ave.
City:   PEORIA, ILLINOIS 61614
Telephone:(309) 673-5144
Email: Mmarincic@goldfineandbowles.com

Date of Service: _____,_____
(To be inserted by officer on copy)

Exhibit A

FILED
11/27/2017 3:55 PM
MARY KELLEY
CLERK OF THE CIRCUIT COURT
LOGAN COUNTY ILLINOIS

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT OF ILLINOIS
LOGAN COUNTY

| | |
|---|---|
| MICHAEL VANCE,                                                              )<br>                                                                                         )<br>        Plaintiff,                                                                   )<br>                                                                                         )<br>vs.                                                                                    )<br>                                                                                         )<br>MICHAEL HILL and SWIFT                                            )<br>TRANSPORTATION COMPANY OF                               )<br>ARIZONA, LLC, a limited liability company,              )<br>                                                                                         )<br>        Defendants.                                                              ) | Case  **2017L15** |

## COMPLAINT

Now comes the Plaintiff, MICHAEL VANCE, by and through his attorneys, GOLDFINE & BOWLES, P.C., and for cause of action against the Defendants, MICHAEL HILL and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a limited liability company, states as follows:

## COUNT I

For cause of action against the Defendant, MICHAEL HILL, the Plaintiff, MICHAEL VANCE, states as follows:

1. That the transaction out of which this cause of action arises occurred on or about January 11, 2016, on Interstate 55 southbound near milepost 139 in the County of Logan, in the State of Illinois.

2. That at the aforesaid time and place MICHAEL HILL was operating a certain motor vehicle to-wit: a 2010 Freightliner Truck and trailer which was then and there traveling in a southerly direction in the right-hand lane of Interstate 55 and at the same time the Plaintiff, MICHAEL VANCE was working on a disabled semi-truck and trailer which was parked off of the I55 roadway, and on the shoulder.

3. That the Defendant, MICHAEL HILL, negligently and carelessly caused his semi-truck and trailer to leave the roadway, thereby striking another freightliner semi—truck which was stranded on the shoulder, thereby injuring the Plaintiff, as hereinafter alleged.

4. That the Defendant, MICHAEL HILL, owed a duty to the Plaintiff, MICHAEL VANCE, to operate his motor vehicle with ordinary care, but notwithstanding that duty the Defendant was then and there guilty of one or more of the following negligent acts, omissions or violations of statute:

(a)  Failed to keep a safe and proper lookout.

(b)  Failed to keep his motor vehicle under safe and proper control.

(c)  Failed to keep his motor vehicle within his lane of traffic in violation of 625 ILCS 5/11-709.

(d)  That he moved his vehicle from his lane of traffic before first ascertaining that such movement could be made with safety in violation of 625 ILCS 5/11-708.

(e)  That he drove his vehicle on the shoulder in violation of 625 ILCS 5/11-709.1.

5. That by reason of the aforesaid negligence of the Defendant, MICHAEL HILL, and as a direct and proximate result thereof, the Plaintiff, MICHAEL VANCE, then and there sustained severe and permanent injuries, and as a result of such injuries, he suffered pain and anguish both in mind and in body, and will in the future continue to so suffer, and was by reason of said injuries, hindered and prevented from attending to his usual duties, and has thereby lost and will in the future lose sums of money which would have otherwise accrued to him and has lost the capacity to earn sums of money in the future which he would have been able to earn had it not been for the injuries and damages described herein, and was compelled to and will be compelled to expend and become liable for sums of money for hospital and medical services, all to his damage in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS.

WHEREFORE, the Plaintiff, MICHAEL VANCE, prays judgment in his favor and against the Defendant, MICHAEL HILL, for a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS and costs of this suit.

## COUNT II

For cause of action against the Defendant, SWIFT TRANSPORTATION CO., OF ARIZONA, LLC, a limited liability company, the Plaintiff, MICHAEL VANCE states as follows:

1. That the transaction out of which this cause of action arises occurred on or about January 11, 2016, on Interstate 55 southbound near milepost 139 in the County of Logan, in the State of Illinois.

2. That the Defendant, SWIFT TRANSPORTATION CO., OF ARIZONA, LLC, was a limited liability company in the trucking business who was operating in the State of Illinois by and through its agents, servant and/or employee, Michael Hill.

3. That the Defendant, SWIFT TRANSPORTATION CO., OF ARIZONA, LLC, a limited liability company by and through its agents, servants, and/or employee Michael Hill was operating a certain motor vehicle to-wit: a 2010 Freightliner Truck and trailer which was then and there traveling in a southerly direction in the right-hand lane of Interstate 55 and at the same time the Plaintiff, MICHAEL VANCE was working on a disabled semi-truck and trailer which was parked off of the I55 roadway, and on the shoulder.

4. That the Defendant, MICHAEL HILL, negligently and carelessly caused his semi-truck and trailer to leave the roadway, thereby striking another freightliner semi—truck which was stranded on the shoulder, thereby injuring the Plaintiff, as hereinafter alleged.

5. That the Defendant, SWIFT TRANSPORTATION CO., OF ARIZONA, LLC, a

limited liability company by and through its agents, servants, and/or employee Michael Hill, owed a duty to the Plaintiff, MICHAEL VANCE, to operate his motor vehicle with ordinary care, but notwithstanding that duty the Defendant was then and there guilty of one or more of the following negligent acts, omissions or violations of statute:

    (a)    Failed to keep a safe and proper lookout.

    (b)    Failed to keep his motor vehicle under safe and proper control.

    (f)    Failed to keep his motor vehicle within his lane of traffic in violation of 625 ILCS 5/11-709.

    (g)    That he moved his vehicle from his lane of traffic before first ascertaining that such movement could be made with safety in violation of 625 ILCS 5/11-708.

    (h)    That he drove his vehicle on the shoulder in violation of 625 ILCS 5/11-709.1.

6. That by reason of the aforesaid negligence of the Defendant, SWIFT TRANSPORTATION CO., OF ARIZONA, LLC, a limited liability company by and through its agents, servants, and/or employee Michel Hill, and as a direct and proximate result thereof, the Plaintiff, MICHAEL VANCE, then and there sustained severe and permanent injuries, and as a result of such injuries, he suffered pain and anguish both in mind and in body, and will in the future continue to so suffer, and was by reason of said injuries, hindered and prevented from attending to his usual duties, and has thereby lost and will in the future lose sums of money which would have otherwise accrued to him and has lost the capacity to earn sums of money in the future which he would have been able to earn had it not been for the injuries and damages described herein, and was compelled to and will be compelled to expend and become liable for sums of money for hospital and medical services, all to his damage in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS.

WHEREFORE, the Plaintiff, MICHAEL VANCE, prays judgment in his favor and against the Defendant, SWIFT TRANSPORTATION CO., OF ARIZONA, LLC, a limited liability company, for a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS and costs of this suit.

                                                      MICHAEL VANCE,
                                                      Plaintiff,

BY: *[signature]*
                MICHAEL T. MARINCIC

ATTORNEYS FOR PLAINTIFF:
GOLDFINE & BOWLES, P.C.
4242 North Knoxville Ave.
Peoria, Illinois 61614
PH: (309) 673-5144
Email: mmarincic@goldfineandbowles.com

TO THE CLERK OF THE CIRCUIT COURT:

Please issue Summons to the Sheriff of Wayne County, Michigan and Grundy County Illinois, the same to be served along with a copy of this Complaint, upon the Defendant, pursuant to law, as follows:

| | |
|---|---|
| MICHAEL HILL | Swift Transportation Co. of Arizona, LLC |
| 824 Algonquin St. | Serve any agent or employee |
| Detroit, MI 48215 | 3800 N Division St, |
| | Morris, IL 60450 |

## AFFIDAVIT

The undersigned, being first duly sworn on his oath, states and avers as follows:

1. That the undersigned, Michael T. Marincic, attorney for the Plaintiff, pursuant to Illinois Supreme Court Rule 222, hereby states that the total of money damages sought exceeds $50,000.00.

FURTHER, AFFIANT SAYETH NOT.

The undersigned, being first duly sworn on oath, states that he had read and examined the above affidavit and the statements contained therein are true and correct.

_____
Michael T. Marincic

State of Illinois      )
                       ) ss
County of Peoria       )

Subscribed and sworn to before me this __27__ day of __November__, 20_17_.

_____
Notary Public

"OFFICIAL SEAL"
Jill E Delinski
Notary Public, State of Illinois
My Commission Expires 11/15/2019